STATE OF NEW JERSEY v. ALI FARD MUHAMMAD.

December 6, 1988.

Petition for certification denied.

STATE OF NEW JERSEY v. RALPH JESUS RIVERA.

December 6, 1988.

Petition for certification denied.

STATE OF NEW JERSEY v. KEVIN FOOKS.

December 6, 1988.

Petition for certification denied.

STATE OF NEW JERSEY v. MITCHELL MATAMOROS.

December 6, 1988.

Petition for certification denied.

STATE OF NEW JERSEY v. DOUGLAS BURNETT.

December 6, 1988.

Petition for certification denied.